# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ALEXANDRA LOPEZ,

    Plaintiff,

Case No.: 6:21-cv-1942-WWB-EJK

vs.

PRIME TECH 360, LLC
d/b/a AT&T,
a Florida Limited Liability Company

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, ALEXANDRA LOPEZ, hereby advises the Court that the Parties have reached a settlement in this case and will file pleadings for dismissal within fourteen (14) days.

Dated this ___11th_____ day of January, 2022.

    Respectfully submitted,

    s/ Edward W. Wimp
    Edward W. Wimp, Esquire
    FBN: 1015586
    Anthony Hall, Esquire
    FBN: 0040924
    THE LEACH FIRM, P.A.
    631 S. Orlando Ave., Suite 300
    Winter Park, FL 32789
    Telephone: (407) 574-4999
    Facsimile: (833) 813-7513

                    Email: ewimp@theleachfirm.com
                    Email: ahall@theleachfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this __11th__ day of January, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CMECF system.

                    s/ Edward W. Wimp
                    Edward W. Wimp, Esquire